**No. 59326.**—Lansen-Naeve Corp. *v.* United States, protest 240344–K (New York).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the articles described as "Dreigang-Kettenschaltungen," which were imported in the same shipment with bicycles, were necessary to the completion of the bicycles and should have been classified as bicycles, the claim of the plaintiff was sustained.

**No. 59327.**—Ekstrand & Tholand, Inc. *v.* United States, protest 251415–K (New York).

Opinion by LAWRENCE, J. When the case was called for trial, the collector's letter of transmittal was received in evidence, wherein he states that the merchandise would now be properly classified at 22½ percent under the provision in paragraph 360, as modified, *supra*, for drawing instruments. Government counsel conceded that the classification should have been as contended by the plaintiff. On the record presented, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 6, 1955

**No. 59328.**—W. R. Grace & Co. *v.* United States, protest 249097–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.